UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TREVIS A. REED** | * | **CIVIL ACTION** |
|     **Plaintiff** | * | |
| | * | **NO.  12-2758** |
| **VERSUS** | * | |
| | * | **SECT. B, MAG. 3** |
| **JEFFERSON PARISH SCHOOL BOARD** | * | |
|     **Defendant** | * | **JUDGE IVAN L.R. LEMELLE** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes the defendant Jefferson Parish School Board, who moves the Court for Summary Judgment under Federal Rule of Civil Procedure 56 for the reason that the evidence shows that there are no issues of genuine material fact and that the defendant as moving party is entitled to Judgment as a matter of law.

    Respectfully submitted,
    **GRANT & BARROW**
    A Professional Law Corporation


    BY: */s/ Olden C. Toups, Jr.*
      **OLDEN C. TOUPS, JR.** (#12881)
    Attorney for Defendants
    238 Huey P. Long Avenue
    P. O. Box 484
    Gretna, Louisiana 70054
    Telephone:  (504) 368-7888
    Telecopier:  (504) 368-7263

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TREVIS A. REED | * | CIVIL ACTION |
|     Plaintiff | * | |
| | * | NO.  12-2758 |
| VERSUS | * | |
| | * | SECT. B, MAG. 3 |
| JEFFERSON PARISH SCHOOL BOARD | * | |
|     Defendant | * | JUDGE IVAN L.R. LEMELLE |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Motion for Summary Judgment is a true and correct copy of this pleading that was electronically filed with the Clerk of Court through the CM/EMF system which will send electronic copies to all counsel of record and was served upon the following:

    Lillian Thornton
    48 Heritage Lane
    New Orleans, LA 70114

counsel of record for the plaintiff by telecopier, emailing, hand delivery and/or by depositing same in the United States mail, postage prepaid, in accordance with the Federal Rules of Civil Procedure on this 10th day of March, 2014.

                                             */s/ Olden C. Toups, Jr.*
                                             **OLDEN C. TOUPS, JR.**